# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**SHANA LINDO**                                                                                 **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.:1:23-cv-00260-LG-BWR**

**SUN LOAN COMPANY ALABAMA, INC.;**
**FIRST PREMIER BANK; CREDIT CENTRAL, LLC.;**
**COVINGTON CREDIT OF ALABAMA, INC.;**
**NATIONAL CREDIT ADJUSTERS, LLC**
**EQUIFAX INFORMATION SERVICES, LLC;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**AND JOHN DOES 1-10**                                             **DEFENDANTS**

## AMENDED NOTICE OF SETTLEMENT AS TO DEFENDANTS:
## SUN LOAN COMPANY, INC., FIRST PREMIER BANK,
## AND NATIONAL CREDIT ADJUSTERS, LLC

**NOTICE IS HEREBY GIVEN** that Plaintiff, Shana Lindo, and Defendants, **Sun Loan Company Alabama, Inc., First Premier Bank, and National Credit Adjusters, LLC** have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal within the next sixty (60) days. Plaintiff requests that the Court excuse the foregoing defendants from all pending deadlines and hearings in this matter. Alternatively, the Plaintiff does not oppose the entry of its standard order of dismissal as to the foregoing defendants only so long as the Court retains jurisdiction for any matters related to completing and/or enforcing the settlement for a period of sixty (60) days.

RESPECTFULLY SUBMITTED this the 28th day of November 2023.

                                              /s/Michael T. Ramsey
                                              Michael T. Ramsey (MSB #104978)
                                              **SHEEHAN & RAMSEY, PLLC**
                                              429 Porter Avenue
                                              Ocean Springs, Mississippi 39564
                                              228-875-0572
                                              mike@sheehanramsey.com

## **CERTIFICATE OF SERVICE**

    I, Michael T. Ramsey, attorney for the Plaintiff, do hereby certify that I have filed the foregoing by ECF – which sent notice to all parties entitled to service.

                                                                     So certified,

                                                                     /s/Michael T. Ramsey_____  
                                                                     Michael T. Ramsey