**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**SHANA LINDO**                                                    **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO.:1:23-cv-00260-LG-BWR**

**SUN LOAN COMPANY ALABAMA, INC.;
FIRST PREMIER BANK; CREDIT CENTRAL, LLC.;
COVINGTON CREDIT OF ALABAMA, INC.;
NATIONAL CREDIT ADJUSTERS, LLC
EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
AND JOHN DOES 1-10**                              **DEFENDANTS**

**NOTICE OF SETTLEMENT AS TO DEFENDANT:
EQUIFAX INFORMATION SERVICES, LLC**

       **NOTICE IS HEREBY GIVEN** that Plaintiff, Shana Lindo, and Defendant, **Equifax Information Services, LLC** have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Notice or Stipulation of Dismissal within the next sixty (60) days. Plaintiff requests that the Court excuse the foregoing defendant from all pending deadlines and hearings in this matter. Alternatively, the Plaintiff does not oppose the entry of its standard order of dismissal as to the foregoing defendant only so long as the Court retains jurisdiction for any matters related to completing and/or enforcing the settlement for a period of sixty (60) days.

       RESPECTFULLY SUBMITTED this the 8th day of December 2023.

                                           /s/Michael T. Ramsey
                                           Michael T. Ramsey (MSB #104978)
                                           **SHEEHAN & RAMSEY, PLLC**
                                           429 Porter Avenue
                                           Ocean Springs, Mississippi 39564
                                           228-875-0572
                                           mike@sheehanramsey.com

## **CERTIFICATE OF SERVICE**

    I, Michael T. Ramsey, attorney for the Plaintiff, do hereby certify that I have filed the foregoing by ECF – which sent notice to all parties entitled to service.

                              So certified,

                              /s/Michael T. Ramsey_____
                              Michael T. Ramsey